IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL WILLIAMS,

     Petitioner,                    No. CIV S-08-2192 FCD EFB P

     vs.

CLAUDE E. FINN,

     Respondent.               ORDER

_____/

     Petitioner is a state prisoner proceeding *in propria persona* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the decision of the California Board of Parole Hearings to deny him parole for three years at a parole consideration hearing held on July 20, 2006. On April 1, 2009, respondent was directed to file an answer to the petition and to include with the answer all transcripts and other documents relevant to a determination of the issues presented in the application. On July 8, 2009, respondent filed an answer and supporting exhibits. However, those exhibits do not include a transcript of the July 20, 2006 parole consideration hearing.[1] The court finds that the entire transcript of petitioner's

---

[1] Respondent has filed the decision pages from a parole consideration hearing held on July 27, 2000, in support of his argument that petitioner's claims regarding his plea agreement are not timely. Answer, Ex. 7; *see also* Answer at 3, ¶5.

1

July 20, 2006 parole consideration hearing, including but not limited to the decision pages, is necessary to a determination of this action. Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, respondent will be directed to lodge the transcript of this hearing within fourteen days.

Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days from the date of this order, respondent shall lodge the full transcript of petitioner's July 20, 2006 parole consideration hearing.

DATED: November 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2